UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan RODRIGUEZ–DEL CAMPO,
Defendant–Appellant.

No. 04–40008.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 10, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Samy K. Khalil, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

Before JONES, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

Juan Rodriguez–Del Campo appeals his sentence following his guilty plea conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326.

Rodriguez contends that the district court erred when it increased his base offense level by 12 levels because there was no evidence that he had previously been convicted of a felony drug trafficking offense for which the sentence imposed was 13 months or less as required by U.S.S.G. § 2L1.2(b)(1)(B).

The record does not support a finding that Rodriguez was previously convicted of a felony drug trafficking offense for which the sentence imposed was 13 months or less. Therefore, the district court erred when it increased Rodriguez's base offense level by 12 levels. Accordingly, the sentence is VACATED, and this case is REMANDED for resentencing in accordance with this opinion.

Rodriguez's unopposed motion to vacate and remand or, alternatively, for an extension of time to file a reply brief is DENIED as moot.

SENTENCE VACATED AND REMANDED FOR RESENTENCING; MOTION DENIED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

